United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1624

_____

Marvin Eugene Wahl,                                                 *
                                                                    *
          Appellant,                                                *
                                                                    *       Appeal from the United States
     v.                                                             *       District Court for the
                                                                    *       Eastern District of Arkansas.
United States of America,                                           *
                                                                    *       [UNPUBLISHED]
          Appellee.                                                 *

_____

Submitted:  May 19, 1997
    Filed:  May 22, 1997

_____

Before  FAGG, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Marvin Eugene Wahl appeals the district court's[1] order denying his two 18 U.S.C. § 3582(c)(2) motions to reduce his sentence.  Upon careful review of the record and the parties' submissions, we conclude that no error of law appears and that an extended discussion would have no precedential value.

---

      [1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.